**LEWIS BRISBOIS BISGAARD & SMITH LLP**
PAMELA M. FERGUSON, SB# 202587
  Email: Pamela.Ferguson@lewisbrisbois.com
MARK F. RAM, SB# 294050
  Email: Mark.Ram@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for Defendant
ALLIANCE ONE RECEIVABLES MANAGEMENT INC., ERRONEOUSLY SUED HEREIN AS ALLIANCE ONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN MARCHETTI, an individual, | CASE NO. 3:15-CV-05523-WHO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE HEARING ON MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE FROM MAY 4, 2016, TO MAY 11, 2016** |
| vs. | |
| STATE OF CALIFORNIA, by and through the Department of Motor Vehicles, a public entity, SUPERIOR COURT OF CALIFORNIA, a public entity, CLERK OF THE SUPERIOR COURT OF CALIFORNIA, a public entity, THE CALIFORNIA JUDICIAL COUNCIL, a public entity, TIM LNU, Clerk of the Superior Court, JEANNETTE LNU, Clerk of the Superior Court, ALLIANCE ONE, | |
| Defendant. | |

Plaintiff KATHLEEN MARCHETTI ("Plaintiff") and Defendants STATE OF CALIFORNIA, DEPARTMENT OF MOTOR VEHICLES ("DMV"), SUPERIOR COURT OF CALIFORNIA, a public entity, CLERK OF THE SUPERIOR COURT OF CALIFORNIA, a public entity, THE CALIFORNIA JUDICIAL COUNCIL, a public entity, TIM LNU, Clerk of the Superior Court, JEANNETTE LNU, Clerk of the Superior Court, THE CALIFORNIA JUDICIAL COUNCIL (collectively, "Judicial Defendants") and ALLIANCEONE RECEIVABLES

1  MANAGEMENT, INC., erroneously sued herein as ALLIANCE ONE ("AllianceOne")
2  (collectively, "Defendants") (Plaintiff and Defendants are hereinafter referred to collectively as
3  "the Parties"), together by and through their respective attorneys of record, hereby stipulate as
4  follows:
5      WHEREAS on February 26, 2016, DMV filed a motion to dismiss Plaintiff's Complaint,
6  pursuant to FRCP 12(b)(1) and 12(b)(6), originally scheduled for hearing on April 6, 2016 (Dkt.
7  No. 25);
8      WHEREAS on March 7, 2016, Judicial Defendants filed a motion to dismiss Plaintiff's
9  Complaint, pursuant to FRCP 12(b)(1) and (b)(6), originally scheduled for hearing on April 13,
10  2016 (Dkt. No. 28);
11      WHEREAS on March 7, 2016, Judicial Defendants filed a Joinder in DMV's motion to
12  dismiss Plaintiff's Complaint, pursuant to FRCP 12 (b)(1) and (b)(6), originally scheduled for
13  hearing on April 6, 2016 (Dkt. No. 29);
14      WHEREAS on March 9, 2016, this Honorable Court issued a Clerk's Notice rescheduling
15  DMV's hearing on its motion to dismiss from April 6, 2016, to April 13, 2016 (Dkt. No. 30);
16      WHEREAS on March 18, 2016, AllianceOne filed a motion to dismiss Plaintiff's
17  Complaint, pursuant to FRCP 12(b)(1) and (b)(6), originally scheduled for hearing on May 4,
18  2016 (Dkt. No. 34);
19      WHEREAS on April 4, 2016, this Honorable Court issued a Clerk's Notice rescheduling
20  the hearing on DMV's and Judicial Defendants' motion to dismiss and Case Management
21  Conference from April 13, 2016, to May 4, 2016 (Dkt. No. 42);
22      WHEREAS lead counsel for AllianceOne has a conflict on May 4, 2016, due to another
23  Court (California Superior Court, County of Alameda) advancing a hearing time from May 4,
24  2016, at 9:00 a.m., to May 4, 2016, at 3:00 p.m.
25  / / /
26  / / /
27  / / /
28

LEWIS BRISBOIS

1  ///

2  ///

3  ///

4  ///

5  **THEREFORE IT IS STIPULATED** by and between the Parties that the hearings on the motions to dismiss and Case Management Conference be rescheduled from May 4, 2016, at 2:00 p.m., to May 11, 2016, at 2:00 p.m., or such date thereafter per the Court's availability.

**IT IS SO STIPULATED.**

DATED: April 29, 2016                     LEWIS BRISBOIS BISGAARD & SMITH LLP

                                          By:      */s/ Pamela M. Ferguson*
                                                   Pamela M. Ferguson
                                                   Mark F. Ram
                                                   Attorneys for Defendant
                                                   ALLIANCE ONE RECEIVABLES MANAGEMENT INC., ERRONEOUSLY SUED HEREIN AS ALLIANCE ONE

DATED: April 29, 2016                     MURRAY & ASSOCIATES

                                          By:      */s/ Lawrence Dale Murray*
                                                   Lawrence Dale Murray, Esq.
                                                   Attorneys for Plaintiff
                                                   Kathleen Marchetti

DATED: April 29, 2016                     OFFICE OF THE ATTORNEY GENERAL

                                          By:      */s/ Raymond W. Hamilton*
                                                   Raymond W. Hamilton, Esq.
                                                   Attorneys for Defendant
                                                   State of California Department of Motor Vehicles

DATED: April 29, 2016                     SEDGWICK LLP

                                          By:      */s/ Sean Patterson*
                                                   Michael L. Fox, Esq.
                                                   Sean Patterson, Esq.
                                                   Attorneys for Defendant
                                                   The California Judicial Council, *et al.*

**FILER ATTESTATION**

Pursuant to Civil Local Rule 5.1(i)(3), I, Pamela M. Ferguson, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

DATED: April 29, 2016  */s/ Pamela M. Ferguson*
Pamela M. Ferguson

**ORDER**

Based on the foregoing stipulation of the Parties **THE COURT HEREBY ORDERS AND DECREES** that the hearing on the Defendants' Motions to Dismiss Plaintiff's Complaint, and the Case Management Conference currently scheduled for May 4, 2016, shall be rescheduled to May 11, 2016, at 2:00 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 29, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

LEWIS BRISBOIS