SEDGWICK LLP
MICHAEL L. FOX, State Bar No. 173355
*michael.fox@sedgwicklaw.com*
SEAN PATTERSON, State Bar No. 234565
*sean.patterson@sedgwicklaw.com*
333 Bush Street, 30th Floor
San Francisco, CA 94104-2834
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendants
JUDICIAL COUNCIL OF CALIFORNIA (sued as "THE CALIFORNIA JUDICIAL COUNCIL, a public entity"), SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO (sued as "SUPERIOR COURT OF CALIFORNIA, a public entity" and "CLERK OF THE SUPERIOR COURT OF CALIFORNIA, a public entity), TIM GUINASSO (sued as "TIM LNU, Clerk of the Superior Court") and JEANNETTE SANTOS (sued as JEANETTE LNU, Clerk of the Superior Court")

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN MARCHETTI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, by and through the Department of Motor Vehicles, a public entity SUPERIOR COURT OF CALIFORNIA, a public entity, CLERK OF THE SUPERIOR COURT OF CALIFORNIA, a public entity, THE CALIFORNIA JUDICIAL COUNCIL, a public entity, TIM LNU, Clerk of the Superior Court, JEANNETTE LNU, Clerk of the Superior Court, ALLIANCE ONE,<br><br>　　　　Defendants. | Case No. 3:15-cv-05523-WHO<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTIONS TO DISMISS AND [~~PROPOSED~~] ORDER**<br><br>Date:　August 24, 2016<br>Time:　9:00 a.m.<br>Dept:　Courtroom 2, 17th Floor<br><br>Complaint Filed:　　December 2, 2015<br>Complaint Served:　February 1 and 2, 2016 |

1  TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Defendants JUDICIAL COUNCIL OF CALIFORNIA, SUPERIOR COURT OF
3  CALIFORNIA, COUNTY OF SAN FRANCISCO, TIM GUINASSO and JEANNETTE
4  SANTOS (collectively referred to as "Judicial Defendants"), ALLIANCE ONE RECEIVABLES
5  MANAGEMENT, INC. (erroneously sued herein as "ALLIANCE ONE"), and STATE OF
6  CALIFORNIA, DEPARTMENT OF MOTOR VEHICLES ("DMV") and JEAN SHIOMOTO,
7  Director of the DMV (collectively referred to as "DMV defendants") (all defendants collectively
8  referred to as "Defendants") and Plaintiff Kathleen Marchetti (collectively referred to as the
9  "Parties"), by and through their counsel, hereby submit this stipulation in support of their joint
10 request that this Court permit the Defendants to file and serve their replies in support of their
11 respective Motions to Dismiss up to and including August 8, 2016.

12 DMV defendants filed their Motion to Dismiss Plaintiff's First Amended Complaint on
13 July 11, 2016.  Judicial Defendants filed their Motion to Dismiss Plaintiff's First Amended
14 Complaint on July 13, 2016.  Defendant Alliance One Receivables Management, Inc. filed its
15 Motion to Dismiss Plaintiff's First Amended Complaint on July 18, 2016.

16 On August 1, 2016, Plaintiff filed a single omnibus opposition to the Defendants' three
17 separate motions to dismiss (the "Opposition").

18 Without waiving any arguments regarding the timeliness of Plaintiff's Opposition, the
19 Parties agree and stipulate that the Defendants may file reply briefs in support of their Motions to
20 Dismiss Plaintiff's First Amended Complaint up to and including August 8, 2016.

21 DATED:  August 3, 2016        SEDGWICK LLP

23                      By:      /s/ Michael L. Fox
24                            Michael L. Fox
                              Sean Patterson
25                            Attorneys for Defendants
                              JUDICIAL COUNCIL OF CALIFORNIA,
26                            SUPERIOR COURT OF CALIFORNIA,
                              COUNTY OF SAN FRANCISCO, TIM
27                            GUINASSO and JEANNETTE SANTOS

| | | |
|---|---|---|
| DATED:  August 2, 2016 | | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By: | /s/ Jon James |
| | | Pamela M. Ferguson |
| | | Jon James |
| | | Attorneys for Defendant |
| | | ALLIANCE ONE RECEIVABLES MANAGEMENT, INC. |
| DATED:  August 2, 2016 | | OFFICE OF THE ATTORNEY GENERAL |
| | By: | /s/ Raymond W. Hamilton |
| | | Raymond W. Hamilton |
| | | Attorneys for Defendant |
| | | CALIFORNIA DEPARTMENT OF MOTOR VEHICLES and JEAN SHIOMOTO, Director of the DMV |
| DATED:  August 3, 2016 | | MURRAY & ASSOCIATES |
| | By: | /s/ Lawrence D. Murray |
| | | Lawrence D. Murray |
| | | Attorneys for Plaintiff |
| | | KATHLEEN MARCHETTI |

[~~PROPOSED~~] ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to the stipulation between the parties, it is hereby ordered that the Defendants in this action may file reply briefs in support of their Motions to Dismiss Plaintiff's First Amended Complaint up to and including August 8, 2016.

IT IS SO ORDERED.

Dated:   August 3, 2016

UNITED STATES DISTRICT/ MAGISTRATE JUDGE